UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:06 CR 142 |
| ) | |
| TYRONE FUNCHESS ) | |

## O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge dated May 1, 2019 (DE # 97), to which the parties have waived any objections (*id*.), the Magistrate Judge's findings and recommendations are now **ADOPTED**. Defendant is **ADJUDGED** to have committed the violation of his supervised release described in the November 29, 2018, Petition (DE # 80). Defendant's term of supervised release is **REVOKED** and he is hereby committed to the United States Bureau of Prisons to serve a term of imprisonment of four (4) months, including receipt of credit for time served while in federal custody. After successful completion of the additional term of imprisonment, defendant shall be placed on supervised release for a period of one year, with the terms of supervised release to include the previously-imposed terms of supervised release, plus the new term of participation in a domestic violence treatment program and following the rules and regulations of that program.

**SO ORDERED.**

Date: May 2, 2019

s/ James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT